**SCHUMANN | ROSENBERG**
KIM SCHUMANN (CSB No. 170942)
*Schumann@SchumannRosenberg.com*
JEFFREY P. CUNNINGHAM (CSB No. 151067)
*Cunningham@SchumannRosenberg.com*
ERIC AREVALO (CSB No. 255725)
*Arevalo@SchumannRosenberg.com*
3100 Bristol Street, Suite 100
Costa Mesa, CA 92626
Tel:  (714) 850-0210
Fax:  (714) 850-0551

Attorneys for Defendant: MICHAEL N. TROUT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JESSICA GARCIA, an individual; JOHNNY GARCIA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL N. TROUT, an individual; DOES 1-100, inclusive, <br><br> Defendants. | Case No.   8:18-cv-1489 AG (JDEx) <br><br> District Judge:    Andrew J. Guilford <br> Magistrate Judge:  John D. Early <br> Courtroom:    10D <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> **[Filed with [Proposed] Order]** <br><br> Date Action Filed:   August 1, 2018 <br> Trial Date:    None |

**TO THE COURT, ALL PARTIES, AND/OR THEIR ATTORNEYS OF RECORD:**

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, JESSICA GARCIA and JOHNNY GARCIA ("Plaintiffs"), and Defendant, MICHAEL N. TROUT ("Defendant"), that the above-captioned action is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

   IT IS HEREBY FURTHER STIPULATED AND AGREED by and between Plaintiffs and Defendants that the Court in the above-captioned action shall retain jurisdiction to enforce the terms of the settlement by and between Plaintiffs and Defendants, and to consider applications for and enter any post-dismissal orders

**STIPULATION OF DISMISSAL WITH PREJUDICE**

pursuant thereto, pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 378 (1994), and related authority.

IT IS SO STIPULATED.

DATED: December 12, 2018             **KIESEL LAW LLP**

                                     By:   /s/ Paul R. Kiesel
                                           Paul R. Kiesel, Esq.
                                           Mariana A. McConnell, Esq.
                                           Attorneys for Plaintiffs, JESSICA
                                           GARCIA and JOHNNY GARCIA

DATED: December 12, 2018             **SCHUMANN | ROSENBERG**

                                     By:   /s/ Kim Schumann
                                           Kim Schumann, Esq.
                                           Jeffrey P. Cunningham, Esq.
                                           Eric Arevalo, Esq.
                                           Attorneys for Defendant,
                                           MICHAEL N. TROUT

-2-

**STIPULATION OF DISMISSAL WITH PREJUDICE**