# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| JESSICA GARCIA, an individual; JOHNNY GARCIA, an individual, | ) Case No. 8:18-cv-1489 AG (JDEx) |
|---|---|
| Plaintiffs, | ) District Judge: Andrew J. Guilford<br>) Magistrate Judge: John D. Early<br>) Courtroom: 10D |
| v. | ) **ORDER TO DISMISS** |
| MICHAEL N. TROUT, an individual; DOES 1-100, inclusive, | ) **ACTION AND RETAIN**<br>) **JURISDICTION TO ENFORCE**<br>) **SETTLEMENT AGREEMENT** |
| Defendants. | ) |
| | ) **[Pursuant to Stipulation for**<br>) **Dismissal]** |
| | ) Date Action Filed: August 1, 2018<br>) Trial Date: None |

**TO THE COURT, ALL PARTIES, AND/OR THEIR ATTORNEYS OF RECORD:**

The Court (Hon. Andrew Guilford, Judge), having considered the STIPULATION OF DISMISSAL WITH PREJUDICE (Document No. 11) by Plaintiffs, JESSICA GARCIA and JOHNNY GARCIA ("Plaintiffs"), and Defendant, MICHAEL N. TROUT ("Defendant"), and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Complaint (Docket No. 1-1) is hereby dismissed with prejudice as against Defendant and DOES 1-100, inclusive;

-1-
**ORDER TO DISMISS ACTION AND RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

2. The Court retains jurisdiction to enforce the terms of the Settlement Agreement between Plaintiffs and Defendants and to consider applications for and enter any appropriate post-dismissal orders pursuant thereto.

Dated: January 17, 2019

_____
Honorable Andrew Guilford
Judge, United States District Court